# Exhibit A

# OSCN THE OKLAHOMA STATE COURTS NETWORK

www.oscn.net

Home    Courts    Court Dockets    Legal Research    Calendar    Help

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| MICHAEL L AND LILLIE E CALLOWAY REVOCABLE TRUST AND MICHAEL L CALLOWAY AND LILLIE E CALLOWAY (TRUSTEE) OF THE MICHAEL L. AND LILLIE E CALLOWAY REVOCABLE TRUST<br>　　Plaintiff,<br>v.<br>BANK OF AMERICA CORPORATION BANK OF AMERICA NA., BAX HOME LOANS SERVICING LP FKA COUNTRYWIDE HOMELOANS SERVICING LP BOFA MERRILL LYNCH ASSETS HOLDINGS<br>　　Defendant. | No. CV-2014-2308<br>(Civil Misc.:<br>QUIET TITLE)<br><br>Filed: 12/12/2014<br><br>Judge: Parrish, Patricia G. |

## Parties

Bac Home Loans Servicing Lp , Defendant
Bank of America Corporation , Defendant
Bank Of America Na , Defendant
Bofa Merrill Lynch Assets Holdings , Defendant
Calloway, Lillie E , Plaintiff
Calloway, Michael L , Plaintiff

## Attorneys

**Attorney**　　　　　　　　　　　　　　　**Represented Parties**

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, February 27, 2015 at 9:00 AM<br>PLTF MOTION FOR DEFAULT(MOD) | Calloway, Michael L | Patricia G. Parrish | |

## Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**　　　　　　　　　　　　Issue: QUIET TITLE (QUIET)
　　　　　　　　　　　　　　　　　　Filed by: Calloway, Michael L
　　　　　　　　　　　　　　　　　　Filed Date: 12/12/2014
　　**Party Name:**　　　　　　　　**Disposition Information:**

　　　　　　　　　　　　　　　　　　Pending.

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|---|---|---|---|---|---|---|---|
| 12-12-2014 | TEXT | 1 | | 80858438 | Dec 12 2014 2:22:27:730PM | - | $ 0.00 |
| | CIVIL MISC. INITIAL FILING. | | | | | | |
| 12-12-2014 | QUIET | - | | 80858440 | Dec 12 2014 2:22:27:770PM | Realized | $ 0.00 |
| | QUIET TITLE | | | | | | |
| 12-12-2014 | DMFE | - | | 80858441 | Dec 12 2014 2:22:27:790PM | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | |
| 12-12-2014 | PFE1 | - | | 80858442 | Dec 12 2014 2:22:27:790PM | Realized | $ 85.00 |
| | PETITION($ 85.00) | | | | | | |
| 12-12-2014 | PFE7 | - | | 80858443 | Dec 12 2014 2:22:27:790PM | Realized | $ 6.00 |
| | LAW LIBRARY FEE($ 6.00) | | | | | | |
| 12-12-2014 | OCISR | - | | 80858444 | Dec 12 2014 2:22:27:790PM | Realized | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00) | | | | | | |
| 12-12-2014 | CCADMIN02 | - | | 80858445 | Dec 12 2014 2:22:27:790PM | Realized | $ 0.20 |
| | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20) | | | | | | |
| 12-12-2014 | OCJC | - | | 80858446 | Dec 12 2014 2:22:27:790PM | Realized | $ 2.00 |
| | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00) | | | | | | |
| 12-12-2014 | OCASA | - | | 80858447 | Dec 12 2014 2:22:27:790PM | Realized | $ 5.00 |
| | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00) | | | | | | |
| 12-12-2014 | CCADMIN04 | - | | 80858448 | Dec 12 2014 2:22:27:790PM | Realized | $ 0.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50) | | | | | | |
| 12-12-2014 | LTF | - | | 80858449 | Dec 12 2014 2:22:28:170PM | Realized | $ 10.00 |
| | LENGTHY TRIAL FUND($ 10.00) | | | | | | |
| 12-12-2014 | SMF | - | | 80858450 | Dec 12 2014 2:22:28:240PM | Realized | $ 5.00 |
| | SUMMONS FEE (CLERKS FEE)($ 5.00) | | | | | | |
| 12-12-2014 | P | - | | 80894300 | Dec 17 2014 8:43:54:490AM | - | $ 0.00 |
| | COMPLAINT TO QUIET TITLE | | | | | | |
| | Document Available (#1027668903) | | | | | | |
| 12-12-2014 | TEXT | - | | 80858439 | Dec 12 2014 2:22:27:750PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE PARRISH, PATRICIA G. TO THIS CASE. | | | | | | |
| 12-12-2014 | ACCOUNT | - | | 80858499 | Dec 12 2014 2:24:08:450PM | - | $ 0.00 |
| | RECEIPT # 2014-3505145 ON 12/12/2014.<br>PAYOR:PCS TOTAL AMOUNT PAID: $140.70.<br>LINE ITEMS:<br>CV-2014-2308: $90.00 ON AC01 CLERK FEES.<br>CV-2014-2308: $6.00 ON AC23 LAW LIBRARY FEE.<br>CV-2014-2308: $0.70 ON AC31 COURT CLERK REVOLVING FUND. | | | | | | |

CV-2014-2308: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CV-2014-2308: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CV-2014-2308: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CV-2014-2308: $25.00 ON AC79 OCIS REVOLVING FUND.
CV-2014-2308: $10.00 ON AC81 LENGTHY TRIAL FUND.

| Date | Code | | Number | Timestamp | | Amount |
|---|---|---|---|---|---|---|
| 01-15-2015 | MODJ | - | 81283872 | Jan 20 2015 12:59:28:777PM | - | $ 0.00 |
| | MOTION FOR DEFAULT | | | | | |
| | Document Available (#1028416732) | | | | | |
| 01-15-2015 | MODJ | - | 81283884 | Jan 20 2015 1:00:15:457PM | - | $ 0.00 |
| | MOTION FOR DEFAULT JUDGMENT | | | | | |
| | Document Available (#1028416736) | | | | | |

Report Generated by The Oklahoma Court Information System at January 21, 2015 13:47 PM

End of Transmission.

*1028416732*

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 15 2015

TIM RHODES
COURT CLERK

30 _____

Michael L. and Lillie E Calloway Revocable Trust
and Michael L Calloway and Lillie E Calloway (trustee)
of the Michael L. and Lillie E Calloway Revocable Trust

Plaintiff,

Bank of America Corporation,
Bank of America, N.A., BAC Home Loans Servicing, L.P.,
f/k/a Countrywide Home Loans Servicing, L.P., BofA
Merrill Lynch Assets Holdings and all persons claiming
Legal or Equitable Right, Title, Estate. Lien, or Interest in
the Property Described in the Complaint Adverse to
Plaintiff's Title, or Any Cloud on Plaintiff's Title thereto

Defendant,

CASE NO: **CV-2014-2308**
Judge: Parrish, Patricia G.

## MOTION FOR DEFAULT

COMES NOW, the Plaintiffs, Michael L Calloway and Lillie E Calloway revocable trust and Michael L Calloway and Lillie E Calloway (hereinafter "the trustees."), hereby move for entry of default by the Clerk of the Court against the Defendant BANK OF AMERICA CORPORATION, BAC Home Loan Servicing, LLC, ("BAC"), Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P., F/K/A Countrywide Home Loans Servicing, L.P., (BACHLS), Bank of America N.A. (BANA), BofA Merrill Lynch Assets Holdings, Inc for failure to serve any paper on the undersigned or file any paper as required by law.

## DEFAULT

A default is entered in this action against the Defendant named in the foregoing Motion for failure to serve or file any paper as required by law.

Dated on 15th Jan, 2015

TIM RHODES
COURT CLERK
By _____
Court Clerk

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

)
)
)                         Case No. CV-2014-2308
)
)
)
)
)

VERIFICATION

I, _Michael Callamy_ of lawful age, being first duly sworn, upon oath, state that I am the _____ above named: that I have read the above and foregoing petition, that I am familiar with the contents thereof, and that the things and matters therein contained are true and correct.

_____
Signature

_____
Printed Name

Subscribed and sworn to before me this ___ day of January, 2015
My commission expires on : _____.

_____
Notary Public



FILED IN DISTRICT COURT
OKLAHOMA COUNTY

JAN 1 5 2015

TIM RHODES
COURT CLERK

30_____

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

Michael L. and Lillie E Calloway Revocable Trust
and Michael L Calloway and Lillie E Calloway (trustee)
of the Michael L. and Lillie E Calloway Revocable Trust

Plaintiff,

Bank of America Corporation,
Bank of America, N.A., BAC Home Loans Servicing, L.P.,
f/k/a Countrywide Home Loans Servicing, L.P., BofA
Merrill Lynch Assets Holdings and all persons claiming
Legal or Equitable Right, Title, Estate, Lien, or interest in
the Property Described in the Complaint Adverse to
Plaintiff's Title, or Any Cloud on Plaintiff's Title thereto

Defendant,

CASE NO: **CV-2014-2308**
Judge: Parrish, Patricia G.

## MOTION FOR DEFAULT JUDGMENT

COMES NOW, the Plaintiffs, Michael L Calloway and Lillie E Calloway revocable trust and Michael L Calloway and Lillie E Calloway (hereinafter "the trustees."), hereby move this Court to answer the Final Default Judgment herein and states:

1. Defendant(s) BANK OF AMERICA CORPORATION, BAC Home Loan Servicing, LLC, ("BAC"), Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P., F/K/A Countrywide Home Loans Servicing, L.P., (BACHLS), Bank of America N.A. (BANA), BofA Merrill Lynch Assets Holdings, Inc was served with Plaintiffs' Complaint to Quiet Title on December 22, 2014.

2. The Defendant has not filed an Answer and a Motion for Default has been entered by the Clerk of this Court.

3. The Plaintiff's Affidavit in Support of Motion for Default Judgment is attached hereto as "Exhibit A."

**WHEREFORE,** Plaintiffs request this Honorable Court to enter its Final Default Judgment Quieting Title herein.

Michael L Calloway
P.O. Box 2031
Edmond, Ok 73083
405-241-6147

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Bank of America Corporation pre-paid by placing the same in a stamped envelope and placed in the United States mail, to the address below.

Custodian of Records and/or CEO Brian Moynihan
Bank of America Corporation
100 North Tryon Street
Charlotte, North Carolina 28255

STATE OF OKLAHOMA
                           SS
COUNTY OF OKLAHOMA

    I hereby certify that on this __15th__ day of January, 2015 before me, Michael Cullocun personally appeared and produced his identification as the person who executed the foregoing instrument and acknowledged before me that this is true and correct and he executed the same freely and voluntarily.

SEAL:                                                          _____
                                                                NOTARY PUBLIC

**EXHIBIT "A"**

**IN THE DISTRICT COURT OF OKLAHOMA COUNTY**
**STATE OF OKLAHOMA**

Michael L. and Lillie E Calloway Revocable Trust
and Michael L Calloway and Lillie E Calloway (trustee)
of the Michael L. and Lillie E Calloway Revocable Trust

        Plaintiff,

Bank of America Corporation,
Bank of America, N.A., BAC Home Loans Servicing, L.P.,
f/k/a Countrywide Home Loans Servicing, L.P., BofA
Merrill Lynch Assets Holdings and all persons claiming
Legal or Equitable Right, Title, Estate. Lien, or Interest in
the Property Described in the Complaint Adverse to
Plaintiff's Title, or Any Cloud on Plaintiff's Title thereto

        Defendant,

CASE NO: **CV-2014-2308**
Judge: Parrish, Patricia G.

**AFFIDAVIT IN SUPPORT OF MOTION**
**FOR DEFAULT JUDGMENT**

      **COMES NOW**, the Plaintiff Michael L Calloway (hereinafter "the trustee."), hereby swear and depose as follows:

1. We are the Plaintiffs in the above-referenced action
2. That the allegations of the Complaint to Quiet Title are true and correct and are incorporated herein by reference.
3. That the Defendant's intentional and voluntarily cancelled Plaintiffs note and mortgage on Feb 09, 2012
4. That the court granted Defendants request and ordered Plaintiffs' note and mortgage canceled on March 15, 2012
5. On January 2013 Defendants' voluntarily transferred and forfeited all its rights and interest in said property listed in the Plaintiffs Complaint.

                                              Respectfully,

                                              Michael L Calloway