# Exhibit B

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

Michael L. and Lillie E Calloway Revocable Trust
and Michael L Calloway and Lillie E Calloway (trustee)
of the Michael L. and Lillie E Calloway Revocable Trust

        Plaintiff,                        CASE NO: CV-2014-2308

Bank of America Corporation,
Bank of America, N.A., BAC Home Loans Servicing, L.P.,
f/k/a Countrywide Home Loans Servicing, L.P., BofA
Merrill Lynch Assets Holdings

        Defendant,

## SUMMONS/ SERVICE ON A CORPORATION

TO DEFENDANT: Custodial of Records and CEO Brian Moynihan
                Bank of America Corporation
                100 North Tryon Street
                Charlotte, North Carolina 28255

      A lawsuit/complaint has been filed against you. You have (20) calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of the Circuit Court of Oklahoma, County of Oklahoma. Your written response, including case number given above and the names of the parties must be filed if you want court to hear your side of the case. If you do not file your response on time, you may lose this case, and your wages money, and property may thereafter be taken without further warning from the Court. If you choose to file a written response, at the same time to file your written response to the Court you must also mail or take a copy of your written response to the "plaintiffs" named below.

                                      Michael L. Calloway, Pro Se
                                      P.O. Box 2031
                                      Edmond, Ok 73083
                                      405-241-6147

     **YOU ARE HEREBY COMMANDED** to serve the Summons and a copy of the Complaint on the above named Defendant.

     WITNESS my hand and the seal of the Court on this 12 day of December, 2014

(COURT SEAL)

                                                             Deputy Clerk