# Exhibit E



# Baer, Timberlake, Coulson & Cates, P.C.

## Attorneys at Law

**Gary D. Baer**
**Donald J. Timberlake**
**James P. Cates**
**Donald J. Timberlake, Jr.**
**James H. Thiessen**
**Blake C. Parrott**
**William H. Sullivan**
**John D. Weaver**
**Sally Garrison**
**Greg A. Young**

6846 South Canton, Suite 100
Tulsa, Oklahoma 74136
Telephone (918) 491-3100
Fax (918) 497-5927

Scott E. Coulson
Matthew J. Hudspeth
Rosemary Clinton
Robert J. Hauge
David vonHarfitzsch

Amy Collins

April 18, 2014

Oklahoma County Sheriff's Department

**ATTN: Tisha**
**SHERIFF SALE ADMINISTRATOR**
**VIA FACSIMILE: (405) 236 2180**
**PH:  (405) 713 1030**

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR 2 4 2014

TIM RHODES
COURT CLERK

46

RE:    Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. vs. Michael L Calloway, et, al.
NO:    CJ-2010-7513, Oklahoma County District Court

Dear Sheriff Sale Administrator:

Please recall the above sale scheduled for **April 24, 2014.**  If you have any questions, please feel free to contact me.

Very truly yours,

**Baer, Timberlake, Coulson & Cates, P.C.**

**Brandy N. Queen**



File No. 68448

*(Notice as published)*

**(LPXLP)**
**Published in The Edmond Sun,**
Edmond, Oklahoma 73034,
March 18 and 25, 2014.
**NOTICE OF SHERIFF'S SALE**
**CJ-2010-7513**
Notice is given that on the 24
day of April, 2014, at 2:00 PM, at
the Oklahoma County Courthouse,
320 Robert S. Kerr, Jury Assembly
Room, Room 513, in the City of
Oklahoma City, Oklahoma County,
Oklahoma, the Sheriff of said
County will offer for sale and sell,
with appraisement, for cash, at
public auction, to the highest and
best bidder, all that certain real es-
tate in Oklahoma County, Okla-
homa, to-wit:
**Lot Five (5), in Block One**
**(1), in SPORTSMAN'S LAKE**
**ESTATES 1 in Oklahoma**
**County, Oklahoma, accord-**
**ing to the recorded plat**
**thereof;**
subject to unpaid taxes, advance-
ments by Plaintiff for taxes, insur-
ance premiums, and expenses
necessary for the preservation of
the subject property, if any, said
property having been duly ap-
praised at $420,000. Sale will be
made pursuant to a Special Execu-
tion And Order Of Sale issued in
accordance with judgment entered
in the District Court of Oklahoma
County, Oklahoma, in Case No.
CJ-2010-7513, entitled **BAC Home**
**Loans Servicing, L.P. fka Coun-**
**trywide Home Loans Servicing,**
**L.P., Plaintiff, vs. Michael L. Callo-**
**way, Lillie E. Calloway, John**
**Doe, Jane Doe, Michael L. Callo-**
**way, individually and as Trustee**
**of the Michael L. Calloway and**
**Lillie E. Calloway Revocable**
**Trust dated 7-19-02, Lilly E. Cal-**
**loway, individually and as Trus-**
**tee of the Michael L. Calloway**
**and Lillie E. Calloway Revocable**
**Trust dated 7-39-02, Bank of the**
**West, Sportsman Lake Estates**
**Owners' Association, The**
**Greens Country Club, LLC, Re-**
**becca Schneider, Red River**
**Roofing and Constructions, Inc.,**
being all of the Defendants and
persons holding or claiming any in-
terest or lien in the subject prop-
erty.
John Whetsel, Sheriff
Oklahoma County, Oklahoma
/s/ John Whetsel
JAMES H. THIESSEN - #20354
BAER, TIMBERLAKE, COULSON
& CATES, P.C.
Attorneys for Plaintiff
P.O. Box 18486
Oklahoma City, OK 73154-0496
Telephone: (405) 842-7722
Facsimile:  (405) 848-9349
BTCC File No.: 68448

# Proof of Publication

### Oklahoma County, State of Oklahoma

NOTICE OF SHERIFF'S SALE        Case No:  CJ-2010-7513

## FILED IN DISTRICT COURT
## OKLAHOMA COUNTY

### APR 2 4 2014

## TIM RHODES
## COURT CLERK

**Affidavit of Publication** 46

State of Oklahoma, County of Oklahoma, ss:
I, the undersigned publisher, editor or Authorized Agent of the Legal
Notices, do solemnly swear that the attached advertisement was
published in said paper as follows:

1st Publication                    March 18, 2014
2nd Publication                    March 25, 2014

That said newspaper is in the city of Edmond, Oklahoma County,
Oklahoma, a Daily newspaper qualified to publish legal notices,
advertisements and publications as provided in Section 106 of Title
25, Oklahoma Statutes 1971, as amended, and complies with all
other requirements of the laws of Oklahoma with reference to legal
publications.

That said Notice, a true copy of which is attached hereto, was
published in the regular edition of said newspaper during the period
and time of publications and not in a supplement, on the above

*Karan Ediger*

**Signature**

Subscribed and sworn before me on this 25th day of March  2014.

ALICE A. DUREE
Notary Public
State of Oklahoma
Commission # 08003671   Expires 03/31/16

My commission expires March 31, 2016.        Notary Public
Commission # 08003671

**Cost of Publication $   95.36**
**Ad # 00384082        Acct # 23133954**

**Publisher's Address:**
The Edmond Sun
P. O. Box 2470
Edmond, OK 73034-7363

paid
direct

## NOTICE OF SHERIFF'S SALE

### CJ-2010-7513

Notice is given that on the 24 day of __April__, 2014, at 2:00 pm, at the Oklahoma County Courthouse, 320 Robert S. Kerr, Jury Assembly Room, Room 513, in the City of Oklahoma City, Oklahoma County, Oklahoma, the Sheriff of said County will offer for sale and sell, with appraisement, for cash, at public auction, to the highest and best bidder, all the following real estate in Oklahoma County, Oklahoma, to-wit:

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

Lot Five (5), in Block One (1), in SPORTSMAN'S LAKE ESTATES 1 in Oklahoma County, Oklahoma, according to the recorded plat thereof;

APR 24 2014

TIM RHODES
COURT CLERK

46

subject to unpaid taxes, advancements by Plaintiff for taxes, insurance premiums, and expenses necessary for the preservation of the subject property, if any, said property having been duly appraised at $ __420,000__. Sale will be made pursuant to a Special Execution And Order Of Sale issued in accordance with judgment entered in the District Court of Oklahoma County, Oklahoma, in Case No. CJ-2010-7513, entitled **BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.**, Plaintiff, vs. **Michael L. Calloway, Lillie E. Calloway, John Doe, Jane Doe, Michael L. Calloway, individually and as Trustee of the Michael L. Calloway and Lillie E. Calloway Revocable Trust dated 7-19-02, Lilly E. Calloway, individually and as Trustee of the Michael L. Calloway and Lillie E. Calloway Revocable Trust dated 7-19-02, Bank of the West, Sportsman Lake Estates Owners' Association, The Greens Country Club, LLC, Rebecca Schneider, Red River Roofing and Constructions, Inc.**, being all of the Defendants and persons holding or claiming any interest or lien in the subject property.

John Whetsel, Sheriff
Oklahoma County, Oklahoma

BY _____
DEPUTY

JAMES H. THIESSEN - #20354
BAER, TIMBERLAKE, COULSON & CATES, P.C.
Attorneys for Plaintiff
P.O. Box 18486
Oklahoma City, OK 73154-0496
Telephone:   (405) 842-7722
Facsimile:   (405) 848-9349
**BTCC File No.:  68448**

INSTRUCTIONS TO PUBLISHER: _____,
Publish once a week for two consecutive weeks. **Furnish one printed copy of the Notice to Attorney for Plaintiff immediately after the first publication.** First publication of this Notice must be more than thirty (30) days prior to the date of the Sheriff's Sale, in accordance with 12 O.S. .§764.



File No. 68448

ORIGINAL

## IN THE DISTRICT COURT WITHIN AND FOR OKLAHOMA COUNTY
## STATE OF OKLAHOMA

BAC HOME LOANS SERVICING, L.P. FKA
COUNTRYWIDE HOME LOANS SERVICING,
L.P.,

     Plaintiff,

vs.

MICHAEL L. CALLOWAY, et al.,
     Defendant(s).

No. CJ-2010-7513
JUDGE GURICH

**FILED IN DISTRICT COURT
OKLAHOMA COUNTY**

APR 2 4 2014

TIM RHODES
COURT CLERK

46

### APPRAISEMENT OF REAL ESTATE UNDER EXECUTION

THE STATE OF OKLAHOMA TO:_____

**APPOINTMENT:** You ARE HEREBY APPOINTED as appraisers to inquire into and upon actual view, make and return to me a fair and impartial estimate of the real value of the lands and tenements below described, by me levied upon by virtue of a special execution issued in the above entitled cause.

Dated this ___7___ day of March , 2014.

**John Whetsel,** Sheriff of Oklahoma County

By_____
Deputy

**OATH:** I am a resident householder of Oklahoma County, Oklahoma, and not interested in the above matter, and I will, upon actual view thereof make and return a fair and impartial estimate of the real value of the lands and tenements. So help me God.

_____    _____    _____
APPRAISER                          APPRAISER                          APPRAISER

Subscribed and sworn to before me this 7 day of March , 2014.

**John Whetsel,** Sheriff of Oklahoma County

By_____
Deputy

File No. 68448

| DESCRIPTION OF LANDS LEVIED UPON | APPRAISED VALUE |
|---|---|
| Lot Five (5), in Block One (1), in SPORTSMAN'S LAKE ESTATES 1 in Oklahoma County, Oklahoma, according to the recorded plat thereof;<br><br>**19445 Sportsmans Road, Edmond, OK  73012** | 420,000<br>$ 42,000 |
| | OCCUPIED _____ |
| | VACANT _____ |

**APPRAISERS RETURN:**  We, the undersigned appraisers, hereby certify that we have upon actual view thereof, appraised the above described lands and tenements and estimated the real value thereof to be the sums set opposite the description of each particular tract hereof, in the above inventory, and estimated at the total sum of $ 42,000.

Witness our hands this ___7___ day of ___March___, 2014.

_____          _____          _____
APPRAISER                                      APPRAISER                                      APPRAISER

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

IN THE DISTRICT COURT WITHIN AND FOR OKLAHOMA COUNTY APR 2 4 2014
STATE OF OKLAHOMA

TIM RHODES
COURT CLERK

BAC HOME LOANS SERVICING, L.P. FKA
COUNTRYWIDE HOME LOANS SERVICING,
L.P.,

    Plaintiff,

vs.

MICHAEL L. CALLOWAY , et al.,
    Defendant(s).

**Sheriff and Appraisal**
**Fees Paid**

No. CJ-2010-7513
JUDGE GURICH

46.____

**SPECIAL EXECUTION AND ORDER OF SALE**
**(With Appraisement)**

THE STATE OF OKLAHOMA TO THE SHERIFF OF OKLAHOMA COUNTY,
OKLAHOMA:

GREETINGS:

    WHEREAS, on the __12__ day of _____April_____, 2013, in the above
entitled and numbered cause, the Plaintiff recovered a judgment against the Defendants, Michael L.
Calloway, Lillie E. Calloway, and each of them, in the sum of $345,410.90, with 6.5% interest per
annum thereon, or as adjusted by the Note and Mortgage, from the 1st day of October, 2009, until
paid; said abstract and title expense of $350.00; inspection fees in the sum of $28.00; bk fees in the
sum of $650.00; bk filing fee non-ca in the sum of $150.00; escrow advances if any; the further sum
of $1,100.00 for reasonable attorney's fee, and for all advances by Plaintiff, if any, for taxes,
insurance premiums, or expenses necessary for the preservation of the subject property; and for all
costs of this action; and any reasonable attorney fees and costs incurred during the enforcement of
the judgment; and recovered a further judgment decreeing the Plaintiff's mortgage set up and sued
upon therein to be a valid, subsisting first and prior lien upon the real estate hereinafter described, for
the full amount of the judgment, above set forth, and foreclosing said lien, and ordering that a
Special Execution And Order of Sale issue from the office of the Court Clerk, directed to the Sheriff
of Oklahoma County, commanding said Sheriff to levy upon and sell said real estate, with
appraisement, as provided by law.

    NOW, THEREFORE, THESE ARE TO COMMAND YOU to levy upon and cause to be
appraised and sold, subject to unpaid taxes, advancements by Plaintiff for taxes, insurance premiums,
or expenses necessary for the preservation of the subject property, if any, in accordance with said
judgment, and as by law required, the following described lands and tenements situated in Oklahoma
County, State of Oklahoma, and described as follows, to-wit:



File No. 68448

Lot Five (5), in Block One (1), in SPORTSMAN'S LAKE ESTATES 1 in Oklahoma County, Oklahoma, according to the recorded plat thereof;

with the buildings, improvements, appurtenances, hereditaments, and all other rights thereunto appertaining or belonging, and pay the proceeds thereof to the Clerk of this Court, as provided by law.

You will make due return of this writ, with your proceedings endorsed thereon, within sixty (60) days from the date hereof.

WITNESS my hand and official seal at my office in Oklahoma City, Oklahoma, this 𝟤𝟨 day of Feb_____, 2014.

**TIM RHODES, Court Clerk**
~~Patricia Presley, Court Clerk~~

BY: _____
       D E P U T Y

(S E A L)

Property Address:

19445 Sportsmans Road
Edmond, OK  73012

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR 2 4 2014

TIM RHODES
COURT CLERK

**SHERIFF'S RETURN**
CJ-2010-7513
BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. vs. Curtis J. Calloway and Lillie E. Calloway

46

I RECEIVED this writ this _____ day of _____, 2014, and pursuant to the commands thereof, I did forthwith levy said writ upon the real estate described therein, and did cause the same to be appraised by three disinterested householders, residing within said County wherein said real estate is situated, after administering to them an oath impartially to appraise said property levied upon, upon actual view, and said householders did return to me under their hands an estimate of the real value of said property, and I did forthwith deposit a copy thereof with the Clerk of said District Court, whence the execution issued.

On the _____ day of _____, 2014, at 2:00 pm of said day, I offered said property for sale at the Oklahoma County Courthouse, 320 Robert S. Kerr, Jury Assembly Room, Room 513, in the City of Oklahoma City, Oklahoma County, Oklahoma, that being the time and place stated in the notice of sale, at public auction, with appraisement, to the highest bidder for cash in hand, and sold the same to **BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.**, Plaintiff herein, for the sum of $_____, same being the highest and best bidder for said property, and being the highest and best price bid for the same, and being more than two-thirds of the appraised value of said property, said bid being paid by credit on Plaintiff's judgment herein.

I hereby certify the above to be the times and manner of executing the within writ.

Dated and returned into Court this _____ day of _____, 2014.

John Whetsel, Sheriff
Oklahoma County, Oklahoma

BY:_____
        DEPUTY

SCHEDULE OF COSTS:

| | | |
|---|---|---|
| Court Costs | _____ | $ _____ |
| Printer's Fee | _____ | $ _____ |
| Appraiser's Fee | _____ | $ _____ |
| Sheriff's Fee | _____ | $ _____ |
| TOTAL | | $ _____ |



File No. 68448

# BAC HOME LOANS



# VS

# MICHAEL CALLOWAY, et al

# CJ-10-7513

| APPRAISED VALUE | $420,000.00 |
|---|---|
| 2/3 | $280,000.00 |

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

APR 2 4 2014

TIM RHODES
COURT CLERK

46