**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MICHAEL L. AND LILLIE E. CALLOWAY RECOVERABLE TRUST AND MICHAEL L. CALLOWAY AND LILLIE E. CALLOWAY (TRUSTEE) OF THE MICHAEL L. AND LILLIE E. CALLOWAY RECOVERABLE TRUST,**<br><br>　　Plaintiffs,<br><br>vs.<br><br>**BANK OF AMERICA, N.A., *et al.*,**<br><br>　　Defendants. | **CASE NO.: 5:15-cv-00068-M** |

**DEFENDANTS' RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

**COME NOW** Defendants Bank of America, N.A., as successor by merger to BAC Home Loan Servicing, LLC, f/k/a, Countrywide Home Loan Servicing, L.P. ("BANA"), Bank of America Corporation ("BAC"), and BofA Merrill Lynch Assets Holdings, Inc. ("BML") (collectively, "Defendants") by and through their undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and hereby provides the following disclosures:

1. Bank of America, N.A. is 100% owned by BANA Holding Corp., which is 100% owned by BAC North America Holding Company.

2. BAC North America Holding Company is 100% owned by NB Holdings Corp., which is in turn 100% owned by BAC, whose shares are publicly traded.

3. No public company has an ownership interest of 10% or more in Bank of America, N.A.

4. BAC does not have any parent corporations and no publicly-held company has an ownership interest of 10% or more in Bank of America Corporation.

5. BML is 100% owned by Merrill Lynch Mortgage Capital, Inc., which is 100% owned by Merrill Lynch Credit Products, LLC.

6. Merrill Lynch Credit Products, LLC is 100% owned by Merrill Lynch Diversified Investments, LLC, which is 100% owned by Merrill Lynch International Incorporated.

7. Merrill Lynch International Incorporated is 100% owned by NB Holdings Corporation, which is 100% owned by BAC.

8. No public company has an ownership interest of 10% or more in BML.

DATED this the 22nd day of January, 2015.

        Respectfully submitted,

        */s/   Sean C. Wagner*
        Sean C. Wagner (OBA No. 31254)
        Jon H. Patterson (OBA No. 30789)
        BRADLEY ARANT BOULT CUMMINGS LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203-2119
        Phone: (205) 521-8403
        Fax: (205) 488-6403
        swagner@babc.com
        jpatterson@babc.com

        *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I electronically submitted the foregoing document to the Clerk of the Court and that a copy of the foregoing was served upon the following via U.S. First Class Mail, postage pre-paid:

        Michael L. Calloway
        Lillie E. Calloway
        P.O. Box 2031
        Edmond, OK 73083
        *Pro Se Plaintiffs*

        */s/   Sean C. Wagner*
        OF COUNSEL