## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

Date:   January 22, 2015

| | |
|---|---|
| MICHAEL L. AND LILLIE E. CALLOWAY RECOVERABLE TRUST, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. CIV-15-68-M ) |
| BANK OF AMERICA CORPORATION, et al., | ) ) |
| Defendants. | ) |

**ENTER ORDER:**

On January 21, 2015, this case was removed from Oklahoma County District Court. Defendant's counsel, Sean C. Wagner, is an attorney located in Birmingham, AL. Local Civil Rule 83.3(a) provides:

> When representing a party in this Court, any attorney who is not a resident of, and does not maintain an office in Oklahoma, shall show association with an attorney who is personally appearing in the action and who is a resident of the State and maintains a law office within the State of Oklahoma, and who has been duly and regularly admitted to practice in this Court.

Sean C. Wagner has not associated with local counsel. Accordingly, pursuant to LCvR 83.3(a), the Court DIRECTS Sean C. Wagner to associate with local counsel; said local counsel shall file an appearance in this matter by February 22, 2015.

**By direction of Judge Vicki Miles-LaGrange, we have entered the above enter order.**

Carmelita Reeder Shinn, Clerk

By:   s/*Kathy Spaulding*
      Deputy Clerk