## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL L. AND LILLIE E. CALLOWAY RECOVERABLE TRUST, and MICHAEL L. CALLOWAY, and LILLIE E. CALLOWAY,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., as Successor by Merger to BAC HOME LOANS SERVICING, L.P., f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P. and BofA MERRILL LYNCH ASSETS HOLDINGS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  2015-CV-00068-M |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

William H. Hoch, of the firm Crowe & Dunlevy, P.C. hereby enters his appearance as counsel for the Defendants, Bank of America Corporation, Bank of America, N.A. as successor by merger to BAC Home Loans Servicing L.P., f/k/a Countrywide Home Loans Servicing, L.P. and BofA Merrill Lynch Assets Holdings, Inc.

Respectfully submitted,

s/William H. Hoch
William H. Hoch, OBA #15788
 - Of the Firm -
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102
(405) 235-7700 / (405) 239-6651 (Facsimile)
will.hoch@crowedunlevy.com

ATTORNEY AND LOCAL
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Sean C Wagner
swagner@babc.com

ATTORNEY FOR DEFENDANTS

I further certify that on January 22, 2015, a true and correct copy of the attached document was mailed, postage pre-paid, to:

Michael L. Calloway
Lillie E. Calloway
PO Box 2031
Edmond, OK 73083

PRO SE PLAINTIFFS

*s/William H. Hoch*
 William H. Hoch