IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED

FEB 1 8 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST.
BY_____,DEPUTY

| | |
|---|---|
| Michael L. and Lillie E Calloway Revocable Trust and Michael L Calloway and Lillie E Calloway (trustee) of the Michael L. and Lillie E Calloway Revocable Trust<br><br>Plaintiff,<br><br>Bank of America Corporation, et al.<br><br>Defendant, | CASE NO: CIV-15-68-M<br>Judge: Vicki Miles-LaGrange |

## SPECIAL ENTRY OF APPEARANCE

**COMES NOW**, the undersigned Michael L. Calloway hereby enters his appearance as Pro Se.

Michael L. Calloway
P. O. Box 2031
Edmond, Ok 73083
405-241-6147