**EXHIBIT "A"**



*1018086460*

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.
MAR 1 5 2012
PATRICIA PRESLEY, COURT CLERK
by_____ DEPUTY

| | |
|---|---|
| BAC HOME LOANS SERVICING, L.P. FKA COUNTRYWIDE HOME LOANS SERVICING, L.P., <br><br>     Plaintiff, <br><br>vs. <br><br>MICHAEL L. CALLOWAY, INDIVIDUALLY AND AS TRUSTEE OF THE MICHAEL L. CALLOWAY AND LILLIE E. CALLOWAY REVOCABLE TRUST DATED 7-19-02, LILLIE E. CALLOWAY, INDIVIDUALLY AND AS TRUSTEE OF THE MICHAEL L. CALLOWAY AND LILLIE E. CALLOWAY REVOCABLE TRUST DATED 7-19-02, BANK OF THE WEST, SPORTSMAN LAKE ESTATES OWNERS' ASSOCIATION, THE GREENS COUNTRY CLUB, LLC, REBECCA SCHNEIDER, and RED RIVER ROOFING & CONSTRUCTION, INC., <br><br>     Defendants. | <br><br><br><br><br><br>Case No. CJ-2010-7513 <br>Judge Davis |

## ORDER

ON this 9th day of March, 2012, this matter comes on for consideration upon Plaintiff's Application to Vacate Judgment and Quash Second Alias Special Execution. The Court, after reviewing the pleadings in said cause, having heard oral argument from both Plaintiff and Defendant and being fully advised in the premises, finds that said application should be granted.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED by the Court that the application be granted, and that the judgment filed in this cause on the 24th day of June, 2011, be, and the same is hereby, vacated, set aside and held for naught; that the Second Alias Special Execution and Order of Sale be set aside and held for naught; and that the Defendant Michael L. Calloway be given forty-five (45) days from the date of the Supreme Court Order to file an Answer.

*signature* 3/13/12
JUDGE OF THE DISTRICT COURT

Approved:

*signature*

Max J. Rhodes, OBA # 30230
BAER, TIMBERLAKE, COULSON & CATES, P.C.
P.O. Box 18486
Oklahoma City, OK 73154-0486
Telephone: (405) 842-7722
Facsimile: (405) 848-9349
mrhodes@baer-timberlake.com
Attorneys for Plaintiff

2