**EXHIBIT "C"**



# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | |
|---|---|
| BAC HOME LOANS SERVICING, L.P., f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P., <br><br> Appellee, <br><br> v. <br><br> MICHAEL L. CALLOWAY, SR., ET AL., <br><br> Appellants. | FILED <br> SUPREME COURT <br> STATE OF OKLAHOMA <br> MAY 21 2012 <br> MICHAEL S. RICHIE <br> CLERK <br><br> CJ-10-7513 <br> No. 109,938 <br><br> FILED IN THE DISTRICT COURT <br> OKLAHOMA COUNTY, OKLA. <br><br> MAY 22 2012 <br> PATRICIA PRESLEY, COURT CLERK <br> by _____ DEPUTY |

## ORDER

On the Court's own motion, this appeal is hereby dismissed as moot because the judgment appealed from has been vacated by the district court.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 21st DAY OF MAY, 2012.

/s/ _____
CHIEF JUSTICE

TAYLOR, C.J., KAUGER, WATT, WINCHESTER, EDMONDSON, REIF, and COMBS, JJ. - Concur
COLBERT, V.C.J. - Not participating
GURICH, J. - Recused