IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICTOF OKLAHOMA

FILED

FEB 2 5 2015

_____, CLERK
U.S. DIST. COURT, \_\_\_ RN DIST. OKLA.
BY_____,DEPUTY

| | |
|---|---|
| Michael L. and Lillie E Calloway Revocable Trust and Michael L Calloway and Lillie E Calloway (trustee) of the Michael L. and Lillie E Calloway Revocable Trust<br><br>Plaintiff,<br><br>Bank of America Corporation, et al.<br><br>Defendant, | CASE NO: CIV-15-68-M<br>Judge: Vicki Miles-LaGrange |

### AMENDED PRAYER FOR RELIEF

**COMES NOW**, Plaintiffs Michael L Calloway and Lillie E Calloway Revocable Trust and Michael L Calloway and Lillie E Calloway (hereinafter "the trustees."), pro se, hereby moves this court to disregard Plaintiffs previous prayer for relief and instead grant Plaintiffs amended prayer for relief. In support hereof, Plaintiffs show:

**WHEREFORE**, premises considered, Plaintiffs pray for a declaratory Judgment wherein the court rules that Mr. Sean C. Wagner is 1) unauthorized and not properly licensed to practice before this court, 2) that Sean C. Wagner is not the proper attorney to file any pleadings before this court as attorney for Defendants, 3) the Defendants are OUT-OF-TIME , 4) that Bradley Arant Boult Cummings LLP (herein" Law Firm") and its associate Sean C. Wagner's filings are improper before the court 5) that Sean C. Wagner' local associates Crowe & Dunley (herein "Law Firm") counsel William H. Hoch and Meredith W. Wolfes' entry's/ filings are inappropriate and improper and in the alternative Plaintiffs prays that the court will grant Plaintiffs amended prayer for relief and declare that all Defendants present and future filings be

Dismissed with Prejudice and stricken from the record. If Plaintiffs prayer is not granted it would be unjust and unfair for this court to have Plaintiffs endure further hardship, harassment, and undue burdens from Defendants as Plaintiffs have shown Defendant have absolutely No right to be in this court or any other court because they are clearly IMPROPER AND OUT-OF-TIME

Respectfully submitted,

Michael L. Calloway
P. O. Box 2031
Edmond, Ok 73083
405-241-6147

## CERTIFICATE OF SERVICE

I do hereby certify that the above foregoing was mailed postage pre-paid by placing the same in a stamped envelope and placed in the United States mail, to the address below.

Sean C. Wagner
Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Al 35203-2119