# EXHIBIT 3

Case 5:15-cv-00068-M   Document 13-3   Filed 03/27/15   Page 2 of 2
Case: 14-14045-M   Doc: 10   Filed: 10/16/14   Page: 1 of 1
Case 5:15-cv-00068-M   Document 6-13   Filed 01/28/15   Page 2 of 2

**Dated: October 16, 2014, 12:06 PM**

**The following is ORDERED:**

Niles Jackson
United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 14-14045-NLJ |
| Michael L. Calloway, Sr., | ) Chapter 13 |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER DISMISSING CASE WITH PREJUDICE

This matter came on for hearing October 15, 2014, for consideration of dismissal with prejudice and for failure by Debtor to pay filing fees. At the hearing the Court determined that Debtor is an abusive filer and that the case should be dismissed with prejudice enjoining Debtor from refiling bankruptcy within 180 days of dismissal.

Accordingly, this case is dismissed with prejudice to refiling for 180 days.

###