IN THE UNITED STATES DISTRICT COURT FOR THE   05.15.2015
WESTERN DISTRICT OF OKLAHOMA

**JULY STATUS AND SCHEDULING CONFERENCE DOCKET**
before Chief Judge Vicki Miles-LaGrange
U.S. Courthouse - N.W. 4TH & Harvey, Okla. City, OK
**\*\*In Chambers - 3rd Floor - Room No. 3301\*\***

**TUESDAY, JULY 7, 2015**

**NOTICE: VALID PHOTO IDENTIFICATION IS REQUIRED TO ENTER THE FEDERAL COURTHOUSE BUILDING**

1. Compliance with Local Rule 16.1 and 26.1 will be *Strictly Enforced.* The parties shall confer and prepare a ***Joint Status Report and Discovery Plan*** (for example see Appendix II of the Local Court Rules), which shall be filed on or before **TUESDAY, JUNE 30, 2015.**
2. The parties should state in their joint status report if they have complied with local rule 26.1 and will be required to report at the status conference if the exchange of discovery materials has occurred. Counsel are advised to include the name and telephone numbers of the party litigants within the status report. The party litigants are to be advised that they need to be available by phone during their scheduled conference if the need to contact them should arise.
3. **\*\*Counsel who are out of town may appear by telephone, provided leave is requested, by way of a motion, no later than TWO (2) DAYS PRIOR to the scheduled status conference.**

**2:00 p.m.**
| CIV-14-1205-M | Brad Rummer | Kevin Donelson |
| | | A. Wayne Billings |
| | v. | |
| | OKT Resources LLC, et al. | Michael Kirschner |
| | | Nicholas Paynter |

**2:10 p.m.**
| CIV-15-58-M | Somerset Leading Corp. VII | John Heatly |
| | v. | |
| | The Simmons Center Foundation, et al. | Amy White |
| | | Melvin McVay |
| | | Denelda Richardson |
| | | Theresa Noble Hill |

**2:20 p.m.**
CIV-15-68-M

Michael L. And Lillie E. Calloway
Recoverable Trust, Michael L. Calloway
and Lillie E. Calloway, trustees

Pro Se

v.

Bank of America Corporation, et al.

Sean Wagner
Meredith Wolfe
William Hoch III

---

**2:30 p.m.**
CIV-15-89-M

Sherri Sanders

Pro Se

v.

Bill Anoatubby, et al.

Michael Burrage
Patricia Sawyer

---

**2:40 p.m.**
CIV-15-178-M

Dawn Ferguson, et al.

Steen Clark

v.

United States of America

Tom Majors

---

**2:50 p.m.**
CIV-15-180-M

Rodolfo Vargas, et al.

Michael Homsey
Terry McMillan
Timothy Melton

v.

Dolgencorp, Inc., a/k/a Dolgencorp LLC
d/b/a Dollar General Corporation

Jason Robertson

**3:00 p.m.**

| | | |
|---|---|---|
| CIV-15-281-M | United States for the Use and Benefit of East Texas Steel Services, L.L.C. and East Texas Steel Services, L.L.C. | Brian Peterson |
| | v. | |
| | Grahams Construction, Inc., et al. | Alan Bardell |