### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL L. AND LILLIE E.<br>CALLOWAY RECOVERABLE<br>TRUST, and<br>MICHAEL L. CALLOWAY, and<br>LILLIE E. CALLOWAY,<br><br>          Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION;<br>BANK OF AMERICA, N.A., as<br>successor by merger to BAC HOME<br>LOANS SERVICING, L.P., f/k/a<br>COUNTRYWIDE HOME LOANS<br>SERVICING, L.P., and<br>BofA MERRILL LYNCH ASSETS<br>HOLDINGS, INC.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-15-68-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Before the Court is plaintiffs' Motion to Disregard Defendants' Notice to Remove and Responses, filed March 6, 2015. On March 27, 2015, defendants filed their response, and on April 14, 2015, plaintiffs filed their reply.

Plaintiffs, who are proceeding *pro se*, move this Court to disregard defendants' notice of removal and to remand this case back to state court based upon defendants' counsel allegedly not being properly admitted to practice before this Court as a non-resident of Oklahoma and defendants' local counsel's alleged failure to follow the Federal Rules of Civil Procedure when they entered their appearance and associated with defendants' out-of-state counsel. Having carefully reviewed the parties' submissions and the Court file in this case, the Court finds that defendants' out-of-state counsel is admitted to practice before this Court and that defendants' out-of-state counsel properly

associated with local counsel in this case. Additionally, the Court finds that defendants' local counsel followed the Federal Rules of Civil Procedure when they entered their appearance in this case.

Accordingly, the Court DENIES plaintiffs' Motion to Disregard Defendants' Notice to Remove and Responses [docket no. 12].

**IT IS SO ORDERED this 27th day of May, 2015.**

*/s/ Vicki Miles-LaGrange*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE