# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL L. AND LILLIE E. CALLOWAY REVOCABLE TRUST, and MICHAEL L. CALLOWAY and LILLIE E. CALLOWAY (trustee) of the MICHAEL L. AND LILLIE E. CALLOWAY REVOCABLE TRUST,<br><br>       Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, L.P., f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P., and BofA MERRILL LYNCH ASSETS HOLDINGS,<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-15-68-M<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JUDGMENT**

Pursuant to a separate order issued this same date, this action is hereby dismissed with prejudice.

**ENTERED at Oklahoma City, Oklahoma this 15th day of June, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE