**EXHIBIT "D-1"**

PLAINTIFF'S MOTION FOR LEAVE TO AMEND PETITION AND SUBSTITUTE PLAINTIFF AND MOTION TO DISMISS PLAINTIFF'S PETITION AND FINAL ENTRY JUDGMENT (ENTERED BY DEFAULT FILED ON JUNE 24, 2011) FOR LACK OF STANDING AND STATUTORY NOTICE.. SET 8/9/2012 IS CONTINUED TO 8/23/2012 @ 2:30PM

| 08-09-2012 NO | - | | 71885517 | Aug 14 2012 12:04:15:203PM | - | $ 0.00 |

NOTICE OF HEARING
📄 *Document Available (#1019213841)*
*MICROFILM: REEL 3532 FRAMENUMBER 1106*

| 08-16-2012 MO | - | | 71955328 | Aug 21 2012 8:58:16:933AM | - | $ 0.00 |

PLAINTIFF'S MOTION TO QUASH SUBPOENA DUCES TECUM FROM DEFENDANT, MICHAEL L. CALLOWAY
📄 *Document Available (#1019211635)*
*MICROFILM: REEL 3552 FRAMENUMBER 2039*

| 08-23-2012 EAA | - | Calloway, Michael L. | 71984043 | Aug 23 2012 9:55:27:830AM | - | $ 0.00 |

ENTRY OF APPEARANCE FOR MICHAEL CALLOWAY AND LILLIE CALLOWAY BY ATTY EMILYN ANN ARBITAL
📄 *Document Available (#1017854573)*
*MICROFILM: REEL 3516 FRAMENUMBER 58*

| 08-23-2012 CTFREE | - | | 72007889 | Aug 24 2012 2:38:15:180PM | - | $ 0.00 |

JUDGE DAVIS; MOTION TO DISMISS PLAINTIFF'S PETITION AND FINAL ENTRY JUDGMENT (ENTERED BY DEFAULT FILED ON JUNE 24, 2011) FOR LACK OF STANDING AND STATUTORY NOTICE... - CONTINUED TO 9/20/2012 @ 2:30PM

| 08-23-2012 CTFREE | - | | 72007912 | Aug 24 2012 2:38:50:720PM | - | $ 0.00 |

JUDGE DAVIS; PLAINTIFF'S MOTION FOR LEAVE TO AMEND PETITION AND SUBSTITUTE PLAINTIFF - CONTINUED TO 9/20/2012 @ 2:30PM

| 08-23-2012 MO | - | | 72029529 | Aug 28 2012 10:27:28:203AM | - | $ 0.00 |

MOTION AND AFFIDAVIT FOR CONTINUANCE
📄 *Document Available (#1019353228)*
*MICROFILM: REEL 3516 FRAMENUMBER 456*

| 09-06-2012 NOH | - | | 72138978 | Sep 7 2012 12:13:09:263PM | - | $ 0.00 |

NOTICE OF HEARING

| 09-20-2012 CTFREE | - | | 72272532 | Sep 20 2012 3:21:15:673PM | - | $ 0.00 |

JUDGE DAVIS: PLAINTIFF'S MOTION TO QUASH SUBPOENAS DUCES TECUM FROM DEFENDANT, MICHAEL L. CALLOWAY - GRANTED. MOTION TO DISMISS PLAINTIFF'S PETITION AND FINAL ENTRY JUDGMENT (ENTERED BY DEFAULT FILED ON JUNE 24, 2011) FOR LACK OF STANDING AND STATUTORY NOTICE... - OVERRULED. PLAINTIFF'S MOTION FOR LEAVE TO AMEND PETITION AND SUBSTITUTE PLAINTIFF - GRANTED. DISMISSED WITHOUT PREJUDICE WITH 20 DAYS LEAVE TO AMEND.

| 09-26-2012 AMP | - | | 72384819 | Oct 2 2012 8:15:58:823AM - | | $ 0.00 |

SECOND AMENDED PETITION