**EXHIBIT "D"**

Friday, May 22, 2015

Attn: Mr. Sean Wagner and all it may concern:

**RE: Joint Status, Discovery, and Scheduling**

To ensure my Compliance with the courts notice I, Michael Calloway am sending this letter to inform Defendants Bank of America Corporation et, al, Mr. Sean C. Wagner, William H. Hoch, III, Meredith W. Wolf, and the Law firm of Bradley Arant Boult Cummings, LLP that I just recently received via U.S. mail a compliance notice from Chief Judge Vicki Miles-LaGrange of the United States District Court for the Western District of Oklahoma of which the same was also electronically mailed on 5/15/2015 to the following recipients:

1. Mr. Sean Wagner… swagner@babc.com, gwilhite@babc.com, jholtzclaw@babc.com,
2. William H. Hoch, III … will.hoch@crowedunlevy.com,ecf@crowedunlevy.com, karen.faulkner@crowedunlevy.com, kerryann.wagoner@crowedunlevy.com, and
3. Meredith W. Wolf … mereith.wolf@crowedunlevy.comecf@crowedunlevy.com.

As of Friday, May 22, 2015 Michael L. and Lillie E. Calloway (plaintiffs) have not received any communication whatsoever by way of mail or by phone (vm) from said counsel or any party for the Defendants in the matter referenced by the case number: 5:15-cv-00068-M. Defendant's unnecessary delay, lost time, and the failure to notice or communicate with plaintiffs since they received their electronic notice (7) seven days ago is why I am sending this letter/request via certified U.S. mail. Signature and receipt will verify proof of delivery and it will be admitted in court to show Plaintiffs good faith effort, status, and <u>prompt compliance</u> with said order.

In the best interest of both parties to resolve any further delays I, Michael Calloway am requesting that you contact me as soon as possible and provide to me your earliest date(s) available for us to meet in person here in Oklahoma City so we can confer and prepare a ***Joint Status Report and Discovery Plan.*** Due to the nature, parties, court, and jurisdiction of this case it is more than appropriate, not unreasonable, definitely without question or argument that the Defendants with their unlimited resources make plans for the first and if needed all other meetings to convene in Oklahoma City, Oklahoma. After receiving confirmation of your available date(s) and attendees I, Michael Calloway will notify you with a location and time.

Because of Defendants and its counsel's manipulative tactics, malice, intent, harassment, and ongoing delays, surrounding this case our lives have been hindered and our resources are bare and none. Therefore, we respectfully request that Bank of America Corporation et, al, (Defendants), Mr. Sean C. Wagner, William H. Hoch, III, Meredith W. Wolf, and the Law firm of Bradley Arant Boult Cummings, LLP and all others known and unknown do not create or attempt to create any further delays or burdens for plaintiffs.

Further, you are hereby notified that communications via emails are not available and only written communication via U. S. mail will be available. No conversations between parties or individuals regarding this matter will be discussed by phone without the presence of the court. Below is the same number that has been included in plaintiff's filings where messages can be left. Please note that any and all messages left by any of Defendants, its counsel, interested and non-interested party(s), associates, affiliates, and any other form thereof will be retrieved, admitted and included in the status and discovery report/plan for the court. Looking forward to hearing from and meeting with you or someone.

*Note: Mr. Calloway will designate all meeting locations and all times will be allocated for business hours only.*

Respectfully,

Michael L. Calloway *Pro Se*
P.O. Box 2031
Edmond, Ok 73083
405-241-6147

## CERTIFICATE OF SERVICE

I do hereby certify that the above foregoing was mailed certified mail by placing the same in a stamped enveloped and placed in the United States mail, to the address below.

Bradley Arant Boult Cummings LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Al 35203-2119