**EXHIBIT "G"**

its mortgage sued upon in this cause, as against all of the Defendants in and to this cause, and each of them.

The Court further finds that said mortgage held and sued upon by the Plaintiff herein expressly waives appraisement or not at the option of the owner and holder thereof, such option to be exercised at the time judgment is rendered herein, and that the Plaintiff elects to have said property sold with appraisement.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Plaintiff, Bank of America, N.A., successor by merger to BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., have judgment *in personam* against the Defendants, Michael L. Calloway, Lillie E. Calloway, and each of them, in the sum of $345,410.90, with 6.500% interest per annum thereon from the 1st day of October, 2009, until paid; advances for property taxes in the sum of $22,808.74; advances for hazard insurance in the sum of $18,873.99; bankruptcy fees in the sum of $475.00; property inspection fees in the sum of $170.00; abstract expense of $425.00; the further sum of $5,496.25 reasonable attorney's fee, and for all advances by Plaintiff, if any, for taxes, insurance premiums, or expenses necessary for the preservation of the subject property; and for all costs of this action; and any reasonable attorney fees and costs incurred during the enforcement of the judgment; and that said amounts are secured by said mortgage and constitute a first, prior and superior lien upon the real estate and premises located in Oklahoma County, Oklahoma, described as follows:

> Lot Five (5), in Block One (1), in SPORTSMAN'S LAKE ESTATES 1 in Oklahoma County, Oklahoma, according to the recorded plat thereof;

and that any and all right, title or interest which all of the Defendants, or any or either of them, have, or claim to have, in or to said real estate and premises is subsequent, junior and inferior to the mortgage and lien of the Plaintiff, except for unpaid real property ad valorem taxes and/or special assessments which are superior by law.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Defendant, Bank of the West, has a lien against the subject real estate and premises herein sued upon, by virtue of a Mortgage filed October 30, 2008 recorded in Book 10940 page 1661, executed by The Michael L. Calloway and Lillie E. Calloway Revocable Trust dated 7/19/02, in the principal sum of $95,337.11, plus advances made by Lender in the amount of $145.00 and late charges in the amount of $187.01 plus accrued interest in the amount of $2,194.08 with interest accruing at the rate of $13.06 per diem from July 6, 2010, until paid; and that said amounts are secured by and constitute a lien against the real estate and premises sued upon herein, subject to the first and prior mortgage and lien of the Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Court that the Defendant, The Greens Country Club, LLC, has a lien against the subject real estate and premises herein sued upon, by virtue of a Statement of Judgment, Case No. SC-2009-10453 filed July 31, 2009 recorded in Book 11162 page 1445, with a principal balance of $789.09 plus interest at the rate of 5.25% per annum accruing from and after September 18, 2009 until paid; and that said amounts

