UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

FILED

SEP 1 6 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

Michael L. and Lillie E Calloway Revocable Trust
and Michael L Calloway and Lillie E
Calloway (trust)       Plaintiff(s)

vs.

Bank of America Corporation, et al.

Defendant(s)

CASE NO.   CIV-15-68-M

## NOTICE OF APPEAL

Notice is hereby given that  Michael Calloway Pro Se, listed above as

X  Plaintiff(s)     Defendant(s) in the above named case hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on September 9, 2015 And June 15, 2015 Judgment and Ordered

_____
Signature

Michael Calloway
Printed Name

PO Box 2031
Mailing Address

Edmond, Ok 73083
City, State, Zip

405-241-6147
Phone No.                    Fax No.

_____
Email Address

Rvsd 10-09