# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**FILED**

SEP 1 6 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

_Michael Edkin, Bradley Callan,_
_River Trust and Bradley M Callan_
_and Libby E Callan, as trustees_  )
_____ )
**Plaintiff**                      )
                                   )
                                   )
v.                                 )   CASE NO.: CIV-15-68-M
                                   )
                                   )   (To be supplied by the Clerk)
                                   )   (Non-Prisoner form)
                                   )
_Bank of America Corporation, et al_ )
_____ )
**Defendant**                      )
                                   )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. If I am employed, my employer's name and address are:

    _N/a_ _____

    _____

My gross pay or wages are: $ _0 N/a_, and my take-home pay or wages are: $ _0 n/a_ per
*(specify pay period)* _____.

2. *Other Income.* In the past 12 months, I have received income from the following sources
*(check all that apply)*

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ YES | ☐ NO |
| (b) Rent payments, interest, or dividends | ☑ YES | ☐ NO |
| (c) Pension, annuity, or life insurance payments | ☐ YES | ☑ NO |
| (d) Disability or worker's compensation payments | ☐ YES | ☑ NO |
| (e) Gifts or inheritances | ☐ YES | ☑ NO |
| (f) Any other sources | ☐ YES | ☑ NO |

*If you answered "Yes" to any questions above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

_Odd jobs whenever available such as lawn care,_
_maintenance work, general labor, etc_

SR/2013

Page 1 of 2

3. Amount of money that I have in cash or in a checking or savings account: $ *$500 or less*

4. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*

    *8 — n/a*

5. Any housing, transportation, utilities, loan payments, or other regular monthly expenses *(describe the amount of the monthly expense)*

    *General living expenses 32 — $3500 month*

6. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

    *8 — n/a*

7. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*

    *8 — None. My mortgage was forgiven and cancelled in 2011 and written off in 2013. I owe no mortgage/debt to anyone.*

I understand that a false statement or answer to any question in this declaration could subject me to penalties of perjury and/or may result in the dismissal of all my claims pursuant to 28 U.S.C. § 1915 (e)(2)(a).

Date: *Sep 16, 2015*

    *[signature]*
    (Applicant's signature)

    *Rachel Calloway*
    (Printed name)