# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL L. AND LILLIE E. ) <br> CALLOWAY REVOCABLE TRUST, and ) <br> MICHAEL L. CALLOWAY and LILLIE ) <br> E. CALLOWAY (trustee) of the ) <br> MICHAEL L. AND LILLIE E. ) <br> CALLOWAY REVOCABLE TRUST, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> vs.   ) <br>   ) <br> BANK OF AMERICA CORPORATION, ) <br> BANK OF AMERICA, N.A., ) <br> BAC HOME LOANS SERVICING, L.P., ) <br> f/k/a COUNTRYWIDE HOME LOANS ) <br> SERVICING, L.P., and ) <br> BofA MERRILL LYNCH ASSETS ) <br> HOLDINGS, ) <br>   ) <br> Defendants. ) | Case No. CIV-15-68-M |

## ORDER

Before the Court is plaintiffs' motion to appeal *in forma pauperis*, filed September 16, 2015. Upon review of plaintiffs' motion, the Court GRANTS plaintiffs' motion to appeal *in forma pauperis* [docket no. 30]. Plaintiffs are hereby permitted to continue their appeal to the Tenth Circuit without prepayment of fees or costs.

**IT IS SO ORDERED this 17th day of September, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE