## AFIDAVIT OF MICHAEL CALLOWAY

I, Michael L. Calloway Sr, being of lawful age and being duly sworn, depose and states as follows:

1. That on September 16, 2015, the above mentioned case filed was true and correct.

2. That Plaintiffs' Pauper's application request is duly warranted, pertinent and if not granted would greatly cause a further burden of which in fact would create irreparable harm and damages to Plaintiffs.

## CERTIFICATE OF SERVICE

I do hereby certify that the above foregoing was mailed postage pre-paid by placing the same in a stamped enveloped and placed in the United States mail, to the address below.

Bradley Arant Boult Cummings LLP
Bank of America Corporate Center
100 North Tryon Street, Suit 2690
Charlotte, NC 28202
Birmingham, Al 35203-2119
For Sean Wagner

FILED
SEP 21 2015
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY



**FILED**

SEP 1 6 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Michael L. and Lillie E Calloway )
Revocable Trust )
and Michael L Calloway and Lillie E )
     Plaintiff(s) )
 )
vs. ) CASE NO.  CIV-15-68-M
Bank of America Corporation, et )
al.    ) )
 )
     Defendant(s) )
 )

## NOTICE OF APPEAL

Notice is hereby given that  Michael Calloway Pro Se, listed above as

X Plaintiff(s)    Defendant(s) in the above named case hereby appeal to the United States

Court of Appeals for the Tenth Circuit from the final judgment entered in this action on

September 9, 2015 and June 15, 2015 Order and Order.

_____
Signature

Michael Calloway
Printed Name

PO Box 2031
Mailing Address

Edmond, Ok 73083
City, State, Zip

405-241-6147
Phone No.                     Fax No.

_____
Email Address

Rvsd 10-09

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

**FILED**

SEP 16 2015

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

_[handwritten plaintiff names]_ )
)
**Plaintiff** )
)
v. )  CASE NO.: _CIV-15-68-M_
)
)  (To be supplied by the Clerk)
)  (Non-Prisoner form)
_Bank of America Corporation et al_ )
**Defendant** )
)

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. If I am employed, my employer's name and address are:

   _N/A_

My gross pay or wages are: $ _N/A_, and my take-home pay or wages are: $ _N/A_ per
(specify pay period) _____

2. *Other Income.* In the past 12 months, I have received income from the following sources
(check all that apply)

   (a) Business, profession, or other self-employment    ☑ YES   ☐ NO
   (b) Rent payments, interest, or dividends              ☑ YES   ☐ NO
   (c) Pension, annuity, or life insurance payments       ☐ YES   ☑ NO
   (d) Disability or worker's compensation payments       ☐ YES   ☑ NO
   (e) Gifts or inheritances                              ☐ YES   ☑ NO
   (f) Any other sources                                  ☐ YES   ☑ NO

   *If you answered "Yes" to any questions above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

   _Odd jobs whenever available such as lawn care, maintenance work, guard [casa], etc._

SR/2013

Page 1 of 2

3. Amount of money that I have in cash or in a checking or savings account: $ _$500 or less_

4. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name
*(describe the property and its approximate value)*

_⊗ — n/a_

5. Any housing, transportation, utilities, loan payments, or other regular monthly expenses
*(describe the amount of the monthly expense)*

_General living expenses 32 – $3500 month_

6. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

_⊗ — n/a_

7. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*

_⊗ — none. My mortgage was forgiven and cancelled in 2011 and written off in 2013. I owe no mortgage to anyone._

I understand that a false statement or answer to any question in this declaration could subject me to penalties of perjury and/or may result in the dismissal of all my claims pursuant to 28 U.S.C. § 1915 (e)(2)(a).

Date: _Sep 16, 2015_         _____
                              (Applicant's signature)

                              _Rachael Callaway_
                              (Printed name)