# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

**RHONDA REYNOLDS**
CHIEF DEPUTY

September 22, 2015

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

    IN RE: 15-6176; CIV-15-68-M; Calloway et al v. Bank of America Corporation et al

Dear Ms. Shumaker:

Transmitted with this letter is the record on appeal of the above captioned case, consisting of:

| Volume | Description (including pleading numbers) | Sealed | Transmittal method |
|---|---|---|---|
| 1 | Pleadings: 1, 6, 7, 9, 11, 13, 14, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 29 | no | electronically |
| | | | |
| | | | |
| | | | |
| | | | |

A copy of the docket sheet is enclosed as an index to the record on appeal.

Should you have any questions, please contact our office at your convenience.

    Sincerely,

    CARMELITA REEDER SHINN, COURT CLERK


    By: s/ Nancy Rhea
        Case Administrator

Enclosures

cc letter only: all counsel of record and pro se litigants