# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL L. AND LILLIE E. CALLOWAY REVOCABLE TRUST, and MICHAEL L. CALLOWAY and LILLIE E. CALLOWAY (Trustee) of the MICHAEL L. AND LILLIE E. CALLOWAY REVOCABLE TRUST,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., as Successor by Merger to BAC HOME LOANS SERVICING, L.P., f/k/a COUNTRYWIDE HOME LOANS SERVICING, L.P. and BofA MERRILL LYNCH ASSETS HOLDINGS, INC.,<br><br>      Defendants. | Case No. 2015-CV-00068-M |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Meredith W. Wolfe ("Movant"), of the firm Crowe & Dunlevy, A Professional Corporation, moves for permission to withdraw from representing the Defendants, Bank of America Corporation, Bank of America, N.A. as successor by merger to BAC Home Loans Servicing L.P., f/k/a Countrywide Home Loans Servicing, L.P. and BofA Merrill Lynch Assets Holdings, Inc. ("Defendants"), in the above captioned matter. In support of this Motion, Movant states as follows:

Movant is leaving the firm of Crowe & Dunlevy, A Professional Corporation. William H. Hoch, OBA No. 15788, also of the firm Crowe & Dunlevy, A Professional Corporation, has previously entered his appearance and will continue to represent Defendants herein. Therefore, my withdrawal as counsel will not cause any delay or prejudice to Defendants or to this proceeding.

For the reasons stated, Movant requests permission to withdraw as counsel of record for Defendants in this matter.

Respectfully submitted,

s/Meredith W. Wolfe
Meredith W. Wolfe, OBA #30301
 - Of the Firm -
CROWE & DUNLEVY
A Professional Corporation
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102
(405) 235-7700 /(405) 239-6651 (Facsimile)
meredith.wolfe@crowedunlevy.com

*ATTORNEY AND LOCAL COUNSEL FOR DEFENDANTS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Sean C Wagner
swagner@babc.com
ATTORNEY FOR DEFENDANTS

I further certify that on October 7, 2015, a true and correct copy of the attached document was mailed, postage prepaid, to

Michael L. Calloway
Lillie E. Calloway
PO Box 2031
Edmond, OK 73083
*PRO SE PLAINTIFFS*

s/ *Meredith W. Wolfe*
Meredith W. Wolfe