# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker  
Clerk of Court

May 16, 2016

Chris Wolpert  
Chief Deputy Clerk

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:**   15-6176, Calloway, et al v. Bank of America, et al
   Dist/Ag docket: 5:15-CV-00068-M

Dear Clerk:

Please be advised that the mandate for this case has issued today. Please file accordingly in the records of your court or agency.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Marc James Ayers
   Lillie E. Calloway
   Michael L. Calloway Sr.
   William H. Hoch III
   Edmund Scott Sauer
   Meredith W. Wolfe

EAS/mb